IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JONATHAN WHITNEY BRYANT,       )
                                )
                Plaintiff,      )
                                )
        v.                      )       C.A. No. 24-207-CFC-EGT
                                )
JAMES T. VAUGHN                 )
CORRECTIONAL CENTER et al.,     )
                                )
                Defendants.

## ORDER

At Wilmington, this 𝓲ᵀᴴ day of April in 2025, having considered the Report

and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed

on March 17, 2025, and upon the expiration of the time allowed for objections

pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections

having been filed;

It is HEREBY ORDERED that:

1. Magistrate Tennyson's Report and Recommendation (D.I. 12) is
   ADOPTED.

2. The Complaint (D.I. 1) is DISMISSED WITHOUT PREJUDICE as to
   Plaintiff's claims against Sergeant Carter, Correctional officer Banya, and
   Correctional Officer Jolly, and (2) Plaintiff's claim against JTVCC is
   DISMISSED WITH PREJUDICE.

3. Plaintiff is given leave to amend the Complaint (D.I. 1) in accordance with Magistrate Tennyson's Report and Recommendations. (D.I. 12)    The amended complaint shall be filed on or before May 8, 2025. **The case will be closed should Plaintiff fail to timely file an amended complaint**.

_____
Chief Judge